UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                     CASE NO. 09 B 43606
                                                           CHAPTER 13
KIA R BANKS

                                                           JUDGE JACK B SCHMETTERER

DEBTOR                                                     **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BAC HOME LOANS SERVICING

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 3 | 8535  2276 WINDSOR | $10,895.96 | $11,095.96 | $11,095.96 |
| Total Amount Paid by Trustee | | | | | $11,095.96 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X**  Through the Chapter 13 Conduit            ___  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-43606-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 28th day of April, 2014.

Debtor:
KIA R BANKS
2276 WINDSOR LN
COUNTRY CLUB HILLS, IL 60478

Attorney:
DEADRA WOODS STOKES & ASSOC
4747 W LINCOLN MALL DR # 410
MATTESON, IL 60443
via Clerk's ECF noticing procedures

Creditor:
BAC HOME LOANS SERVICING
7105 CORPORATE DR
PYMT PROCESSING PTX B 209
PLANO, TX 75024-1319

Mortgage Creditor:
HOME LOAN SERVICES INC
% PIERCE & ASSOCIATES PC
1 N DEARBORN #1300
CHICAGO, IL 60602

Mortgage Creditor:
BAC HOME LOANS
400 NATIONAL WAY MS
CA69190123
SIMI VALLEY, CA 93065

ELECTRONIC SERVICE - United States Trustee

Date: April 28, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603